■ SHERWOOD WALDMAN et al., Respondents, v WALTER I. SAKOW, Appellant, et al., Defendants.—Appeal from order, Supreme Court, New York County, entered March 9, 1978, unanimously dismissed, with $40 costs and disbursements of this appeal to plaintiffs-respondents. Special Term's order memorializing its rulings on questions propounded of defendant Sakow during the course of his examination before trial is not appealable. *(Lee v Chemway Corp.,* 20 AD2d 266; *Tri-State Pipe Lines v Sinclair Refining Co.,* 26 AD2d 285; *Klein v Schneiderman,* 58 AD2d 763; see 7 Weinstein-Korn-Miller, NY Civ Prac, par 5701.17.) Even if we were to reach the merits, we would affirm Special Term's rulings. Plaintiff's motion to have this appeal reached in the October Term is unanimously denied, without costs or disbursements, as academic. Concur—Kupferman, J. P., Lupiano, Fein and Sullivan, JJ.

■ THOMAS CURLEY et al., Appellants, v SCHENCK TRANSPORTATION CO., INC., et al., Respondents.—Judgment, Supreme Court, Bronx County, entered July 5, 1977, dismissing the complaint on the grant of defendants' motion for a directed verdict, unanimously reversed, on the law, vacated, and the matter remanded for a new trial, with $60 costs and disbursements of this appeal to abide the event. In the trial of this action arising out of a motor vehicle accident, Trial Term, at the close of all the evidence, granted defendants' motion to dismiss, finding that the plaintiff operator was guilty of contributory negligence as a matter of law. There was sufficient evidence, according to plaintiffs' version of the accident, from which a jury could reasonably conclude that the plaintiff operator was free from contributory negligence. Concur—Kupferman, J. P., Evans, Lane, Sandler and Sullivan, JJ.